**Lucien M. Spino & Donna M. Spino**
16 Red Chimney Drive, Lincoln RI 02865

CA20- 123

## Summary of Findings

The Premises

The promissory note on the subject loan was not among the documents that were presented in this examination. The Title Report on the mortgaged property shows that the borrowers are Lucien M. Spino and Donna Spino and the originating lender is Beneficial Mortgage Co. It was granted on or about October 1, 2007. The maturity date is unknown.

It could not be ascertained if this promissory note has been endorsed.

The Deed of Trust securing the note on the subject loan was not among the documents that were presented in this examination. It is assumed to have been executed on or about October 1, 2007. The parties are assumed to be Lucien M. Spino and Donna Spino, the borrowers, Beneficial Mortgage Co., the originating lender and beneficiary. The trustee is unknown.

The Title Report on the mortgaged property records no assignments.

The Title Report on the mortgaged property records a Notice of Sale on May 8, 2009 in which the plaintiff is Beneficial Mortgage Co. This document was not among the documents that were presented in this examination.

# Title Report

|  |  |
|---|---|
| **Primary Owner:** | SPINO, LUCIEN M; SPINO, DONNA |
| **Secondary Owner:** |  |
| **Mail Address:** | 16 RED CHIMNEY DR |
|  | LINCOLN RI 02865 |
| **Site Address:** | 16 RED CHIMNEY DR |
|  | LINCOLN RI 02865 |
| **County:** | PROVIDENCE |
| **Assessor Parcel Number:** | LINC M:44 L:156.0 U: |
| **Housing Tract Number:** |  |
| **Lot Number:** | 156.0 |
| **Page Grid:** |  |
| **Legal Description:** | Lot: 156.0  Abbreviated Description: LOT:156.0 CITY:LINCOLN City/Muni/Twp: LINCOLN |

## Property Characteristics

| | | |
|---|---|---|
| Bedrooms : 3 | Year Built : 1987 | Square Feet : 2,768 SF |
| Bathrooms : 3 | Garage : | Lot Size : 1.18 AC |
| Total Rooms : 7 | Fireplace : 2 | Number of Units : 1 |
| Zoning : RA40 | Pool : | Use Code : Single Family Residential |
| No of Stories : 2+B | | |
| Building Style : T | | |

## Sale Information

| | | |
|---|---|---|
| Transfer Date : 07/23/2009 | Seller : N/A | |
| Transfer Value : N/A | Document # : BK-PG:  1598-70 | Cost/Sq Feet : N/A |
| Title Company : | | |

## Assessment & Tax Information

| | | |
|---|---|---|
| Assessed Value : $390,600 | Percent Improvement : 57.35% | Homeowner Exemption : |
| Land Value : $166,600 | Tax Amount : $5,513.51 | Tax Rate Area : |
| Improvement Value : $224,000 | Tax Account ID : 19-30000-0 | Tax Status : |
| Market Improvement Value : | Market Land Value : | Market Value : |
| Tax Year : 2019 | | |

# Subject Property History

SPINO, LUCIEN M; SPINO, DONNA
16 RED CHIMNEY DR, LINCOLN 02865-4610
APN: LINC M:44 L:156.0 U:   PROVIDENCE COUNTY

## Prior Transfer

| | |
|---|---|
| Recording Date 07/23/2009 | Document # BK-PG: 1598 -70 |
| Price N/A | Document Type N/A |
| First TD N/A | Type of Sale Per Assessor Transaction History |
| Mortgage Doc # | Interest Rate |
| Lender Name N/A | |
| Buyer Name N/A | |
| Buyer Vesting N/A | |
| Seller Name N/A | |

**Legal Description**
Lot: 156.0
City/Muni/Twp: LINCOLN

## Foreclosure Record

| | |
|---|---|
| Recording Date 04/25/2009 | Document # |
| Document Type | |
| Auction Location: , | |
| Auction Date/Time: 05/18/2009 12:00 P.M. | |
| Min. Bid Amount | |

## Mortgage Record

| | |
|---|---|
| Recording Date 10/01/2007 | Document # 0 BK-PG: 1482-249 |
| Loan Amount $478,988 | Loan Type |
| TD Due Date 10/01/2037 | Type of Financing VAR |
| Interest Rate | |
| Lender Name BENEFICIAL MORTGAGE MA | |
| Lender Type Mortgage company | |
| Borrowers Name SPINO,LUCIEN M; SPINO,DONNA M | |
| Vesting | |

**Legal Description**
City/Muni/Twp: LINCOLN

## Mortgage Record

Recording Date 03/02/2003    Document # BK-PG: 977-1

| | | | |
|---|---|---|---|
| Loan Amount | $191,000 | Loan Type | |
| TD Due Date | | Type of Financing | |
| Interest Rate | | | |
| Lender Name | FIRST HORIZON HOME LOAN CORP | | |
| Lender Type | Mortgage company | | |
| Borrowers Name | SPINO,LUCIEN M; SPINO,DONNA M | | |
| Vesting | | | |

**Legal Description**
City/Muni/Twp: LINCOLN

### Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date | 03/21/1994 | Document # | BK-PG: 407-188 |
| Loan Amount | $104,000 | Loan Type | |
| TD Due Date | | Type of Financing | |
| Interest Rate | | | |
| Lender Name | BANCBOSTON MORTGAGE CORP | | |
| Lender Type | Mortgage company | | |
| Borrowers Name | SPINO,LUCIEN M | | |
| Vesting | | | |

**Legal Description**
City/Muni/Twp: LINCOLN