**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **DONNA SPINO; and LUCIEN SPINO,** ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **Civil Action No. 1:20-CV-00123-JJM** |
| ) | |
| **RUSHMORE LOAN MANAGEMENT** ) | |
| **SERVICES LLC; and** ) | |
| **MTGLQ INVESTORS, L.P.,** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, MTGLQ INVESTORS, L.P.'S,**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The Defendant, MTGLQ Investors, L.P. ("MTGLQ"), hereby files its Coporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure as follows:

MTGLQ is a Delaware limited partnership with a principal office of 200 West Street, New York, NY 10282. MTGLQ is indirectly owned by The Goldman Sachs Group, Inc. ("Goldman Sachs"), a publicly traded company on the New York Stock Exchange. With the exception of Goldman Sachs, there is no other publicly held company that holds more than a 10% ownership interest in MTGLQ.

Respectfully submitted,
**MTGLQ INVESTORS, L.P.,**
By its attorneys,

*/s/ Rowdy M. Cloud*_____
Rowdy M. Cloud, Esq. (# 9383)
BENDETT & MCHUGH, P.C.
23 Messenger Street, Second Floor
Plainville, MA 02726
TEL: (508) 919-8638
EMAIL: rcloud@bmpc-law.com

Dated: January 5, 2021

**CERTIFICATE OF SERVICE**

I, Rowdy M. Cloud, hereby certify that, on this 5th day of January, 2020, I caused a copy of the foregoing *Rule 7.1 Corporate Disclosure Statement* to be filed and served via the ECF system on the parties registered to receive electronic service in this matter. The document is available for viewing and/or downloading from the ECF system.

                                                */s/ Rowdy M. Cloud*
                                                Rowdy M. Cloud, Esq. (#9383)